UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, G35669.<br>Plaintiff,<br>v.<br>CARLOS ARCE, Warden, et al.,<br>Defendant(s). | Case No. 24-cv-07346-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On February 3, 2025, the court dismissed plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 claiming that Correctional Officer G. Gonzalez entered plaintiff's cell while plaintiff was away at medical and put poison inside plaintiff's coffee cup with leave to amend to set forth enough facts to state a claim for relief against Gonzalez that is plausible on its face, if possible.  ECF No. 6 (Compl.) at 2.  The court warned plaintiff that failure to file a proper amended complaint within 28 days will result in the dismissal of this action.  Id. at 3.

More than 40 days have passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so.  The complaint accordingly is DISMISSED.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: March 18, 2025

_____
CHARLES R. BREYER
United States District Judge